*Irvin C. Rutter* for appellant.

*Isidor J. Kresel* and *Harold I. Meyerson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. CONWAY, J., dissents and votes to reverse as to the second cause of action and to grant judgment for the plaintiff thereon for the reasons stated in the dissenting opinion by PECK, P. J., in the Appellate Division.

In the Matter of ACHILLE Cozzi et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued June 4, 1954; decided July 14, 1954.

*Harry Cohen* and *Rose J. Cohen* for appellants.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROES-SEL and VAN VOORHIS, JJ.

DOROTHY W. WALKER, Appellant, *v.* WILLIAM J. WALKER, Respondent.

Argued May 26, 1954; decided July 14, 1954.